Case 16-24737-GLT    Doc 67    Filed 12/13/17    Entered 12/14/17 00:54:05    Desc Imaged
Certificate of Notice    Page 1 of 4

FILED
12/11/17 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 16-24737-GLT |
| : | Chapter 7 |
| JOAN DELORES LEWIS, : | |
| : | |
| Debtor(s). : | Hearing: January 18, 2018 at 1:30 PM |
| : | Response: January 2, 2018 |

## ORDER TO SHOW CAUSE

The above-captioned bankruptcy case commenced on December 23, 2016 when the Debtor(s) filed her petition for relief under chapter 7 of the United States Bankruptcy Code. The first meeting of creditors (a "Meeting of Creditors") was scheduled to be held February 13, 2017 [Dkt. No. 22 – SCHEDULING ORDER], but the Debtor(s) failed to attend [Dkt. No. 25 – 341 MEETING NOTES]. Meeting of Creditors was then rescheduled to March 13, 2017 and the Debtor(s) again failed to appear. The Meeting of Creditors was rescheduled for a third time for April 24, 2017 and the Debtor again failed to appear. On June 2, 2017 this case was converted from Chapter 13 to Chapter .7

After Conversion a meeting of creditors was scheduled for June 26, 2017 [Dkt. No. 42 – SCHEDULING ORDER], but the Debtor Failed to attend [Dtk. No. 50]. The meeting of Creditors was then rescheduled to September 25, 2017 On November 1, 2017 the chapter 7 Trustee recommended that the Court dismiss this bankruptcy Case. The Debtor(s)' case has been pending for 11 months without a Meeting of Creditors having been convened and concluded.

**AND NOW**, based upon the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. An *Order to Show Cause* is issued against the Debtor(s) to personally appear at a hearing scheduled on **January 18, 2018** at **1:30 PM** in Courtroom A, 54th Floor U.S.

Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 to show cause as to why this bankruptcy case should not be dismissed with or without prejudice due to the Debtor's failure to attend the Meetings of Creditors.

      2. Any response to this *Order to Show Cause* shall be filed on or before **January 2, 2018**. In the event a timely response is not made, the case may be dismissed without further notice or hearing.

Dated: December 11, 2017

                                    GREGORY L. TADDONIO
                                    UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to serve:</u>
All parties on the creditors' matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joan Delores Lewis  
    Debtor

Case No. 16-24737-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 2    Date Rcvd: Dec 11, 2017  
                  Form ID: pdf900    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
```
db             +Joan Delores Lewis,    35 Hauck Drive,    Pittsburgh, PA 15235-4546
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
14340567       +Ashleigh Levy,    200 Sheffield Street Suite 101,    Mountainside, NJ 07092-2315
14350030       +County Of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
                 Pittsburgh, PA 15219-6101
14395502       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14350031        Duquesne Light,    C/O Peter Ashcroft,    Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
14340568       +KML Law Group PC,    Suite 5000 BNY Independce Center,    701 Market St,
                 Philadelphia, PA 19106-1538
14340569       +Michael L. Sturdivant,    Po Box 4865,    Pittsburgh, PA 15206-0865
14340570       +Professional Account MGM,    633 W Wisconsin Ave,    Milwaukee, WI 53203-1920
14340571       +US Bank National Association,    3815 South West Temple,    Salt Lake City, UT 84115-4412
14340573       +Victoria Chen Esq,    701 Market Street Suite 5000,    BNYMellon Independence Center,
                 Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14421943       +E-mail/Text: kburkley@bernsteinlaw.com Dec 12 2017 01:32:24     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
                                                                                               TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Duquesne Light Company
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
14350029*      +Ashleigh Levy,    200 Sheffield Street Suite 101,    Mountainside, NJ 07092-2315
14350032*      +KML Law Group PC,    Suite 5000 BNY Independce Center,    701 Market St,
                 Philadelphia, PA 19106-1538
14350033*      +Michael L. Sturdivant,    Po Box 4865,    Pittsburgh, PA 15206-0865
14350034*      +Professional Account MGM,    633 W Wisconsin Ave,    Milwaukee, WI 53203-1920
14340572*      +US Bank National Association,    3815 South West Temple,    Salt Lake City, UT 84115-4412
14350035*      +US Bank National Association,    3815 South West Temple,    Salt Lake City, UT 84115-4412
14350036*      +Victoria Chen Esq,    701 Market Street Suite 5000,    BNYMellon Independence Center,
                 Philadelphia, PA 19106-1541
                                                                                TOTALS: 2, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE1, Asset-Backed Certificates Series 2006-HE1 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lawrence W. Willis    on behalf of Debtor Joan Delores Lewis help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,    PA68@ecfcbis.com
```

```
District/off: 0315-2          User: mgut                  Page 2 of 2              Date Rcvd: Dec 11, 2017
                              Form ID: pdf900             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                              TOTAL: 7