Case 16-24737-GLT    Doc 69    Filed 12/21/17    Entered 12/21/17 16:31:14    Desc Main
Document    Page 1 of 1

FILED
12/21/17 12:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No.: 16-24737-GLT
: Chapter: 7
Joan Delores Lewis :
:
: Date: 12/21/2017
*Debtor(s)*. : Time: 10:00

## PROCEEDING MEMO

**MATTER:** #60 - Motion for Relief from Stay Filed by US Bank NA.
#66 - Amended Response filed by Debtor

**APPEARANCES:**

US Bank: Lauren Karl

**NOTES:**

Karl: Requests 30-day continuance to work out cash-for-keys deal.

**OUTCOME:**

1. The hearing on the MFRS [Dkt. No. 60] is continued to January 18, 2018 at 2:00 p.m. (Text Order to issue.)

2. On or before January 12, 2018, the parties shall submit any proposed order resolving the MFRS [Dkt. No. 60] under a certification of counsel. (Text Order to issue.)

**DATED:** 12/21/2017