Form 310

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Joan Delores Lewis** | : | Case No. 16−24737−GLT |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per 1/18/2018 proceeding |
| | : | |

**ORDER DISMISSING CASE WITH PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this ***The 19th of January, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is ***DISMISSED, with prejudice***, pursuant to *11 U.S.C. §109(g)*, **the Debtor(s) is/are ineligible to file bankruptcy under any chapter for one hundred and eighty (180) days**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later***.

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24737-GLT
Joan Delores Lewis                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dbas            Page 1 of 2            Date Rcvd: Jan 19, 2018
                                Form ID: 310          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.
```
db          +Joan Delores Lewis,   35 Hauck Drive,   Pittsburgh, PA 15235-4546
tr          +Rosemary C. Crawford,   Crawford McDonald, LLC.,   P.O. Box 355,   Allison Park, PA 15101-0355
cr          +County of Allegheny,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
              Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
14340567    +Ashleigh Levy,   200 Sheffield Street Suite 101,   Mountainside, NJ 07092-2315
14350030    +County Of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street 14th Floor,
              Pittsburgh, PA 15219-6101
14395502    +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14350031     Duquesne Light,   C/O Peter Ashcroft,   Suite 2200 Gulf Tower,   Pittsburgh, PA 15219
14340568    +KML Law Group PC,   Suite 5000 BNY Independce Center,   701 Market St,
              Philadelphia, PA 19106-1538
14340569    +Michael L. Sturdivant,   Po Box 4865,   Pittsburgh, PA 15206-0865
14340570    +Professional Account MGM,   633 W Wisconsin Ave,   Milwaukee, WI 53203-1920
14340571    +US Bank National Association,   3815 South West Temple,   Salt Lake City, UT 84115-4412
14340573    +Victoria Chen Esq,   701 Market Street Suite 5000,   BNYMellon Independence Center,
              Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14421943    +E-mail/Text: kburkley@bernsteinlaw.com Jan 20 2018 02:32:19     Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
                                                                                            TOTAL: 1
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Duquesne Light Company
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
aty*           +Rosemary C. Crawford,   Crawford McDonald, LLC.,   P.O. Box 355,   Allison Park, PA 15101-0355
14350029*      +Ashleigh Levy,   200 Sheffield Street Suite 101,   Mountainside, NJ 07092-2315
14350032*      +KML Law Group PC,   Suite 5000 BNY Independce Center,   701 Market St,
                Philadelphia, PA 19106-1538
14350033*      +Michael L. Sturdivant,   Po Box 4865,   Pittsburgh, PA 15206-0865
14350034*      +Professional Account MGM,   633 W Wisconsin Ave,   Milwaukee, WI 53203-1920
14340572*      +US Bank National Association,   3815 South West Temple,   Salt Lake City, UT 84115-4412
14350035*      +US Bank National Association,   3815 South West Temple,   Salt Lake City, UT 84115-4412
14350036*      +Victoria Chen Esq,   701 Market Street Suite 5000,   BNYMellon Independence Center,
                Philadelphia, PA 19106-1541
                                                                                 TOTALS: 2, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE1, Asset-Backed Certificates Series 2006-HE1 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lawrence W. Willis    on behalf of Debtor Joan Delores Lewis ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
```

```
District/off: 0315-2           User: dbas              Page 2 of 2              Date Rcvd: Jan 19, 2018
                               Form ID: 310            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com, PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com

                                                                                                              TOTAL: 7